1

NOTE: CHANGES MADE BY THE COURT

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

13    YETI Coolers, LLC, a Delaware limited
liability company,

14                              Plaintiff,

15                        vs.

16    99 Cents Only Stores, LLC, a California
limited liability company,

17

18                              Defendant.

Case No. 2:18-cv-04846-RGK-JPR

**[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO
ALLOW NON-LEAD COUNSEL TO
APPEAR AT SCHEDULING
CONFERENCE**

19

20

21

22

23

24

25

26

27

28

4818-3825-0362v1/105446-0001

The Court, having reviewed the Plaintiff YETI Coolers, LLC's **APPLICATION FOR LEAVE TO ALLOW NON-LEAD COUNSEL TO APPEAR AT SCHEDULING CONFERENCE**, and for good cause shown, hereby grants the same and gives leave for alternate counsel of record in this matter to appear at the December 3, 2018 Scheduling Conference in lieu of lead trial counsel**, AS LONG AS ALTERNATE COUNSEL HAS FULL AUTHORITY TO ACCEPT THE DATES ORDERED BY THE COURT**.

   **IT IS SO ORDERED.**

Dated:  November 09, 2018

_____
Honorable R. Gary Klausner
United States District Court Judge

1

[PROPOSED] ORDER RE APPLICATION FOR LEAVE

4818-3825-0362v1/105446-0001